IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS OF TEXAS, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD,<br><br>    Defendant. | Case No. 1:15-CV-00026-RP |

**DEFENDANT NATIONAL LABOR RELATIONS BOARD'S
PARTIAL MOTION TO DISMISS AND CROSS-MOTION FOR SUMMARY JUDGMENT**

The Defendant, National Labor Relations Board (Board), hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss portions of Plaintiffs' complaint. Specifically, the Board moves for dismissal of Plaintiffs' statutory and constitutional claims as to amendments 5, 7-11, 15, and 17 contained in the Board rule at issue in this case. *See Representation—Case Procedures*, 79 Fed. Reg. 74308 (Dec. 15, 2014). The Board additionally moves for summary judgment pursuant to Federal Rule of Civil Procedure 56. In support of this motion, the Board directs the Court's attention to the accompanying Memorandum.

|  |  |
|---|---|
|  | Respectfully submitted,<br>s/Barbara A. O'Neill |
| NANCY E. KESSLER PLATT<br>*Deputy Assistant General Counsel*<br><br>DAWN L. GOLDSTEIN<br>KEVIN P. FLANAGAN<br>*Supervisory Attorneys*<br><br>PAUL A. THOMAS<br>MARISSA A. WAGNER<br>DAVID H. MORI<br>MICHAEL ELLEMENT<br>KEVIN J. HOBSON<br>IGOR VOLYNETS<br>*Attorneys* | BARBARA A. O'NEILL<br>*Assistant General Counsel for Contempt,<br>    Compliance, and Special Litigation*<br>Phone: (202) 273-2958<br>Fax: (202) 273-4244<br>E-mail: barbara.oneill@nlrb.gov<br><br>National Labor Relations Board<br>1099 14th Street, NW, Suite 10700<br>Washington, D.C. 20570<br><br>Dated: March 9, 2015 |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2015, the foregoing was served on the following via electronic ECF filing:

Maurice Baskin
Littler Mendelson, P.C.
1150 17th St. N.W.
Washington, DC 20036

Mark Jodon
Travis Odom
Littler Mendelson, P.C.
1301 McKinney Street
Suite 1900
Houston, Texas 77010-3031

Jason E. Winford
David E. Watkins
JENKINS & WATKINS
2626 Cole Avenue, Suite 200
Dallas, Texas 75204-0817

Raymond J. LaJeunesse
John N. Raudabaugh
Glenn M. Taubman
*c/o* National Right to Work Legal Defense & Education Foundation, Inc.
8001 Braddock Rd., Suite 600
Springfield, Virginia 22160

s/ Barbara A. O'Neill