IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ASSOCIATED BUILDERS AND            §
CONTRACTORS OF TEXAS, INC., ET AL.,  §
                                    §
        Plaintiffs,                 §
                                    §
V.                                  §            1-15-CV-026  RP
                                    §
NATIONAL LABOR RELATIONS BOARD,     §
                                    §
        Defendant.                  §

## ORDER

Before the Court are Plaintiffs' Motion for Expedited Summary Judgment, filed February 9, 2015 (Clerk's Dkt. #12); Defendant National Labor Relations Board's Partial Motion to Dismiss and Cross-Motion for Summary Judgment, filed March 9, 2015 (Clerk's Dkt. #24); and the responsive pleadings thereto, as well as the Amicus Brief of the National Right to Work Legal Defense & Education Foundation, Inc., in Support of Plaintiffs, filed February 17, 2015 (Clerk's Dkt. #23).

Having reviewed the matters, the Court finds an oral hearing on certain matters raised by the motions would be beneficial.  Accordingly, the Court directs counsel for the parties to appear on **Friday, April 24, 2015 at 9:30 a.m.**  in Courtroom Four, United States Courthouse, 501 West Fifth Street, Austin, Texas 78701 for an oral hearing.  Specifically, the parties should be prepared to present oral argument addressing the issue of ripeness of the challenge brought by Plaintiffs in this action.

**SIGNED** on April 9, 2015.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE