IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS OF TEXAS, INC., et al | )<br>)<br>) |
| Plaintiffs, | )   15-cv-00026-RP |
| v. | ) |
| NATIONAL LABOR RELATIONS BOARD, | )<br>) |
| Defendant. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Associated Builders and Contractors of Texas, Inc., Associated Builders and Contractors, Inc. Central Texas Chapter, and National Federation of Independent Business/Texas hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Final Judgment, Order and Memorandum Opinion in the above referenced matter issued on June 1, 2015 (Docket Nos. 36 and 37) which denied Plaintiffs' Motion for Summary Judgment and granted Defendant's Partial Motion to Dismiss and Motion for Summary Judgment.

Respectfully submitted,

/s/Maurice Baskin

Maurice Baskin (pro hac vice)
Mark Jodon (Bar No. 10669400)
Travis Odom (Bar No. 24056063)
Littler Mendelson, P.C.
1301 McKinney St.
Houston, TX 77010-3031
Ph:713.951.9400
Fax: 713.951.9212
mbaskin@littler.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2015, copies of the foregoing Notice of Appeal are being served on the following via electronic ECF filing:

Barbara A. O'Neill
Dawn Goldstein
Kevin Flanagan
Office of the General Counsel
National Labor Relations Board
barbara.oneill@nlrb.gov
dawn.goldstein@nlrb.gov
kevin.flanagan@nlrb.gov

Jason E. Winford
David E. Watkins
Jenkins & Watkins
2626 Cole Avenue Suite 200
Dallas, TX 75204-0817

Raymond J. LaJeunesse
John N. Raudabaugh
Glenn M. Taubman
c/o National Right to Work Legal Defense & Education Foundation, Inc.
8001 Braddock Rd., Suite 600
Springfield, VA 22160

/s/Maurice Baskin